# Kostopoulos & Associates PLLC

ATTORNEYS & COUNSELORS AT LAW

31201 Chicago Rd. S., Suite C-102
Warren, MI 48093
Telephone: 586-574-0916
Facsimile: 586-574-2157
www.go4bankruptcy.com
www.wowrita.com

A. RITA KOSTOPOULOS, Esq.* **
HEATHER BURNARD, Esq.
TONI D. VALCHANOV, Esq.
LAKISHA WADE, Esq.
RICHARD SUH, Esq. ***

.* CONSUMER BANKRUPTCY SPECIALIST
CERTIFIED BY THE AMERICAN BOARD OF
CERTIFICATION

**Also Licensed in California
***Licensed in California Only

Kostopoulos Law Group PC

August 12, 2015

To whom it may concern,

As per your request, Toni Valchanov is no longer employed by Kostopoulos & Associates and no longer represents any of our clients.

Sincerely,

*[signature]*

Lakisha Wade

Attorney at Law

Kostopoulos & Associates, PLLC

Fresh Start Center-Bankruptcy Law Office